**Order entered November 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

### WILLIAM TRAVIS HENDRIX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

Before the Court is the State's November 4, 2019 Motion for Extension of Time to File State's Brief. We **GRANT** the motion and **ORDER** the brief received November 4, 2019 filed as of the date of this Order.

/s/     LESLIE OSBORNE
            JUSTICE